IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOMAR ESCARSEGA, )<br>)<br>Defendant. )<br>) | 8:00CR59<br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the United States of America and against Homar Escarsega.

DATED this 20th day of June, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge