PROB. 35            Report and Order Terminating Probation/Supervised
(Rev. 7/04)            Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

      *v.*

                        **Docket # 8:00CR00059**

**HOMAR ESCARSEGA**

On November 30, 2000, Homar Escarsega was sentenced to 135 months imprisonment, followed by 5 years Supervised Release. Mr. Escarsega commenced his term of supervised release on June 17, 2014. Mr. Escarsega has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Homar Escarsega be discharged from supervision.

Respectfully submitted,

Aaron C. Kurtenbach, Supervising
U.S. Probation & Pretrial Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __21st__ day of __March__, 2018.

The Honorable Joseph F. Bataillon
Senior United States District Judge